GEOFFREY R. WILLS  
3119 TUCKAHOE ROAD  
CAMDEN, NJ 08104

OFFICE OF THE CHAPTER 13 STANDINGTRUSTEE
Isabel C. Balboa, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

| | |
|---|---|
| In Re:<br><br>GEOFFREY R. WILLS | Proceedings in Chapter 13<br>Case No.: 18-28920-JNP<br><br>**OBJECTION TO DISCLOSURE OF CHAPTER 13 DEBTOR(S)' ATTORNEY COMPENSATION** |

**Isabel C. Balboa**, Chapter 13 Trustee, hereby objects to the Disclosure of Chapter 13 Debtor(s)' Attorney Compensation in the above-captioned case pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b).

Specifically, the Trustee objects to:

☐ Incorrect form utilized (*See Form Number B 2030*).

☒ Disclosure of Chapter 13 Debtor's Attorney Compensation is not in accordance to the Chapter 13 Plan (Disclosure marks 'will not be paid through the plan;' however, Plan lists an amount to be paid through plan).

As always, the Court is welcome to contact the Trustee with any concerns.

Dated: 10/04/2018

Respectfully submitted,

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Form 5009 rev. 09/05/2018